IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

IN RE:

PHILIPPE CHARLES BROOKS and
JOLIE MELINDA BROOKS

      Debtors.
_____/

Case Number: 11-38159
Chapter 13

PHILIPPE CHARLES BROOKS and
JOLIE MELINDA BROOKS,

      Plaintiff,

vs.

NATIONSTAR MORTGAGE, LLC., a
Delaware Limited Liability Company,

      Defendants,
_____/

Adv. No. 12-AP-01583-AJC

## INITIAL DISCLOSURES OF PLAINTIFFS

      NOW INTO COURT, through undersigned counsel, comes, PHILIPPE CHARLES BROOKS and JOLIE MELINDA BROOKS, the Plaintiffs herein and pursuant to Rule 26(a)(1), Federal Rule of Civil Procedure, as made applicable by Rule 7026, Federal Rules of Bankruptcy Procedure and, pursuant to the *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF #3],sets forth the following disclosures:

### Witnesses- Fed.R.Civ.P. 26(a)(1)(A)(i)

1.    Philippe Charles Brooks, Debtor
      18220 NW 78th Ave
      Hialeah, FL 33015

2.    Jolie Melinda Brooks, Debtor
      18220 NW 78th Ave
      Hialeah, FL 33015

3.  Bryan Bly
    Through Counsel
    Ryan Christopher Rodems
    501 East Kennedy Blvd, #790
    Tampa, FL 33602

4.  Craig A. Edelman
    National Bankruptcy Services a/k/a Brice, Vander Linden & Wermick, PC
    9441 Lyndon B Johnson Freeway  Dallas, TX 75243

5.  Corporate Representative of Defendant Nationstar Mortgage, LLC
    Through Counsel Ari Newman and Kevin Comer

6.  Corporate Representative of Suntrust Mortgage, Inc.
    Through Counsel Ari Newman and Kevin Comer

7.  Any and all witnesses relied upon by the Defendant.

8.  All witnesses to be revealed in discovery.

9.  All necessary rebuttal witnesses.

10. All necessary impeachment witnesses.

## Documents (Fed.R.Civ.P. 26(a)(1)(A)(ii))

11. The Plaintiffs expect to seek to introduce the following documents at trial:

| # | Description of Document |
|---|---|
| 1 | Deposition of Craig A. Edelman dated January 26, 2012, in the Case In Re: Elena Kercado: Case Number 10-15738-SCC, Southern District of New York, Manhattan Division. |
| 2 | Proof of Claim #2, dated November 9, 2011 filed with the Court on November 10, 2011 by Nationstar Mortgage, LLC |
| 3 | Unendorsed Note Payable dated September 10, 2007 to Suntrust Mortgage, Inc. |
| 4 | Mortgage dated September 17, 2007 entered into by Philippe and Jolie Brooks with a principal amount of $352,500.00 due to Suntrust Mortgage, Inc., and recorded on September 17, 2007 in the Official Records of Miami-Dade County at OR Book 25929, Page 766 |
| 5. | Assignment of Mortgage dated December 6, 2010 executed by Bryan Bly, who represented to be a Vice President of Mortgage Electronic Registration Systems, Inc. (MERS) as Nominee for Suntrust Mortgage, Inc. The document purportedly assigned the Note and Mortgage to Nationstar Mortgage, LLC, (the "Nationstar Assignment"). Said document was recorded in the Official Records in Miami-Dade County, Florida, in on December 28, 2010, in Book 27535, at Page 1899 |

## Documents (Fed.R.Civ.P. 26(a)(1)(A)(ii))
## CONTINUED

| # | Description of Document |
|---|---|
| 6. | Deposition Transcript of Bryan Bly, *Deutsche Bank National Trust Company v. Hannah*, Case No. 2009-CA-1920 |
| 7. | Affidavit of Bryan Bly *Deutchse Bank National Trust Company vs. Peter Y. Morlon*, Circuit Court of the Twelfth Judicial Circuit, In and for Sarasota County, Florida, Case Number 2009 CA 007211 |
| 8. | Objection to Confirmation of Debtor's Fifth Amended Chapter 13 Plan [DE93] dated May 31, 2012. |
| 9 | Any and all documents produced by Defendant through discovery. |
| 10. | Any and all documents relied upon by Defendant |
| 11. | Any and all pleadings filed in this Case and in the main case, **Case Number: 11-38159** |
| 12. | Any and all pleading filed in the Case In Re: Jolie Melinda Brooks and Philippe Charles Brooks, **Case Number: 10-37758-LMI** |
| 13. | Escrow Analysis |
| 14. | Qualified Written Request dated September 27, 2011 |
| 15. | Response to Qualified Written Request Dated October 18, 2011 |

## Computation of Damages (Fed.R.Civ.P. 26(a)(1)(A)(iii))

12.     The Plaintiffs are requesting that: [1] the Defendant has no enforceable secured or unsecured claim against the property of the estate in bankruptcy; [2] this Court enter a Declaratory Judgment that the Defendant's alleged lien on the Plaintiff's homestead is void; [3] the sworn Proof of Claim 2 filed by Craig A. Edelman behalf of Nationstar Mortgage, LLC, the Claimant is false, fraudulent, and otherwise unlawful; [4] the sworn Poof of Claim 2 filed by Craig A. Edelman. on behalf of Nationstar Mortgage, LLC, the Claimant includes unlawful and illegal proof of claim preparation and filing fees; [5] the sworn Proof of Claim 2 filed by Craig A. Edelman on behalf of Nationstar Mortgage, LLC the Claimant violates Rule 3001 of the Bankruptcy Rules, and the Official forms and instructions thereto for lack of any supporting documentation; [6] the sworn Poof of Claim 2 filed by Craig A. Edelman. on behalf of Nationstar Mortgage, LLC, the Claimant includes illegal and unlawful post petition fees and charges that have never been approved by this Court pursuant to Section 506(b) of the Bankruptcy Code and Rule 2016(a) of the Bankruptcy Rules; [7] the sworn Poof of Claim 2 attempts to unlawfully secure property of the estate and property from the estate in violation of Section 362(a)(3) of the Bankruptcy Code; h. the sworn Poof of Claim 2 filed by Craig A. Edelman. on behalf of Nationstar Mortgage, LLC, the Claimant is false, fraudulent, and otherwise unlawful; [8] that Defendant be required to provide an accounting of all figures set forth in its proof of claim; [9] the sworn Proof of Claim 2 filed by Craig A. Edelman on behalf of Defendant, be expunged;  [10] the Claimant be precluded from filing any amended, modified or substitute claim in this case; [11] the Court declare that any efforts of the Claimant to assign and deliver the Note and/or to assign the Mortgage to any other party postpetition be declared an unlawful act in willful violation of Section 362(a)(4) of the Bankruptcy Court; [12] this Court order Nationstar Mortgage, LLC to pay actual and punitive damages in a sum to be determined by the Court; [13] the attorneys for the Plaintiff be awarded an additional non-base legal fee to be

## Computation of Damages (Fed.R.Civ.P. 26(a)(1)(A)(iii))
### CONTINUED

determined by the Court; [14.] that the underlying debt claimed by Defendant be forever canceled and discharged; and [15.] that the Plaintiff have such other and further relief as the Court may deem just and proper; [16.] that the Plaintiffs have and recover against Nationstar Mortgage, LLC, a sum to be determined by the Court all legal fees and expenses incurred by their attorney; and [17] the Plaintiffs have such other and further relief as to the Court may seem just and proper.

## Insurance Agreement(s) (Fed.R.Civ.P. 26(a)(1)(A)(iv))

13.     Plaintiffs are unaware of any insurance agreement under which an insurance business may be liable to satisfy all of a part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

## Reservation of Rights

14.     Plaintiffs reserve the right to amend or supplement these disclosures through the completion of discovery.


_____/s/Robert C. Gindel, Jr.____
Robert C. Gindel, Jr.
Attorney for the Debtors/Plaintiffs
Florida State Bar No. 470740
1500 Gateway Boulevard, Suite 220,
Boynton Beach, FL 33426
Phone (561) 649-2344 / Facsimile (561) 965-8550
e-mail:  robertgindel@robertgindel.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of December, 2012, a copy of the foregoing was served by first class mail, postage prepaid, hand delivery, or via electronic case filing system to the Chapter 13 Trustee, the U.S. Trustee's office and on:
Debtors

Steve D. Tran; Kevin Comer
Email: bkatt@defaultlawfl.com

Ari Newman on behalf of Defendant Nationstar Mortgage, LLC
newmanar@gtlaw.com,

Ryan Christophe Rodems
501 East Kennedy Blvd, #790
Tampa, FL 33602

  /s/Robert C. Gindel, Jr.
Robert C. Gindel, Jr.
Attorney for the Debtors
Florida State Bar No. 470740
1500 Gateway Boulevard, Suite 220,
Boynton Beach, FL 33426
Phone (561) 649-2344 / Facsimile (561) 965-8550
e-mail:  robertgindel@robertgindel.com